# Law Offices of Jovan J. Lacet

**JOVAN J. LACET**
*Attorney at Law*

**76 Blue Hills Parkway**                            Tel. (617) 698-9900
**Milton, MA  02186**                                Fax. (617) 698-9901
                                                     JJLLAWOFFICE@AOL.COM

November 23, 2011

Matt Paine
Docket Clerk
United States District Court
District Court of Massachusetts
One Courthouse Way
Boston, MA  02210

RE: **Chandra Joseph-Lacet vs.  The Bank of New York Mellon, Litton Loan Servicing, Bank of America and Countrywide Home Loans,**
**Civil Docket No. 1:11-CV-11381-WGY**

Dear Mr. Paine:

Accompanied please find and file the accompanied letter addressed to Judge William G. Young.

Please email at JJLLAWOFFICE@AOL.COM and/or call me if you have any questions and/or concerns.

Thank you for your attention to the above matter.


Sincerely,


 _/s/_Jovan J. Lacet_____



*Enclosure*

# Law Offices of Jovan J. Lacet

**JOVAN J. LACET**
*Attorney at Law*

**76 Blue Hills Parkway**  Tel. (617) 698-9900
**Milton, MA  02186**  Fax. (617) 698-9901
JJLLAWOFFICE@AOL.COM

November 23, 2011

Judge William G. Young
United States District Court
District Court of Massachusetts
One Courthouse Way
Boston, MA  02210

RE: **Chandra Joseph-Lacet vs.  The Bank of New York Mellon, Litton Loan Servicing, Bank of America and Countrywide Home Loans,**
**Civil Docket No. 1:11-CV-11381-WGY**

Dear Judge Young:

Please be advised that I intend to file a notice of appeal next week to appeal your November 3, 2011 ruling in the above case.  My appeal shall note my opposition to your November 3, 2011 ruling and my clear opposition to your contemplation to sanction me for exercising my client's rights to challenge a wrongful and illegal foreclosure of her real property.

Please email at JJLLAWOFFICE@AOL.COM and/or call me if you have any questions and/or concerns.

Thank you for your attention to the above matter.

Sincerely,


_/s/_Jovan J. Lacet_____